UNITED STATES of America, Appellant, v. Edward Joseph PHELPS, Appellee.

No. 4588.

Circuit Court of Appeals, Third Circuit.

Dec. 31, 1931.

Phillip Forman, U. S. Atty., and Isador S. Worth, Asst. U. S. Atty., both of Trenton, N. J., Chester P. Morrisy, of Lyons, N. J.; and William Wolff Smith and Bayless L. Guffy, both of Washington, D. C.

C. Richard Allen, of Camden, N. J., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

In the court below, Edward Joseph Phelps brought suit and recovered a verdict against the United States on a contract of war risk term insurance issued to him while in its military service. The issue in this case was whether the insured was totally disabled as provided by regulation, viz. "Any impairment of mind or body which renders it impossible for the disabled person to follow continuously any substantially gainful occupation." The trial judge submitted that question to the jury in a satisfactory charge, and the only question now raised is whether he should have given binding instructions in favor of the government. It will thus be seen no principle of law, precedent, or construction of statute is involved. The case depends on its individual facts. We have individually studied the proofs and collectively discussed them, with the result we are of opinion it was the duty of the court to submit the case to the jury.

Its judgment is therefore affirmed.

UNITED STATES of America, Plaintiff-Appellee, v. Moyle C. RANDALL, Melledge Creaser, Norman Creaser, William Randall, Edgar Walters, Leaman Conrad, Stewart Creaser, Douglas Conrad, and Albert Ing, Defendants-Appellants.

No. 200.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1932.

See, also, 49 F.(2d) 344.

Louis Halle, of New York City (James A. Dilkes and Carl E. Whitney, both of New York City, of counsel), for appellants.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and William T. Cowin, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment of conviction as to each of the defendants affirmed.

UNITED STATES of America, Appellant, v. Clarence E. TUNNELL, Appellee.

No. 6732.

Circuit Court of Appeals, Ninth Circuit.

Jan. 25, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.